UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  09-cr-10081-JLT |
| | ) | |
| RAMA K. VYASULU, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE AND ORDER RETURNING OTHER PROPERTY

**TAURO, D.J.:**

WHEREAS, on April 11, 2011, Defendant Rama K. Vyasulu ("Defendant") pled guilty

to Counts One, Two, and Three of the Indictment, charging him with money laundering in

violation of Title 18, United States Code, Section 1956(a)(3), and this Court accepted his plea;

WHEREAS, on April 25, 2011, this Court allowed the parties' assented-to Motion for

Preliminary Order of Forfeiture, and entered a Preliminary Order of Forfeiture, forfeiting to the

United States, subject to any potential third-party claims:

> the following amounts of United States currency, seized by the Drug Enforcement
> Administration pursuant to seizure warrants issued in the District of Massachusetts and
> executed at the Bank of America in Miami, Florida, on or about March 25, 2009, all of
> which funds are currently in the custody of the United States Marshals Service, together
> with any interest or other return thereon (collectively, the "Seized Funds"):
>
> (1)   $107,071.76 seized from Bank of America Account Number 005561260452, in
> the name of Dom.Cool, Inc.;
>
> (2)   $753.88 seized from Bank of America Account Number 898012027717, in the
> name of Rosemont P Corporation d/b/a Corpobox;
>
> (3)   $1,034.75 seized from Bank of America Account Number 898012027720, in the
> name of Rosemont P Corporation; and
>
> (4)   $50,000.00 of the $80,835.34 seized from Bank of America Account Number
> 898012027733, in the name of Rosemont P Corporation;

WHEREAS, pursuant to the Preliminary Order of Forfeiture, the United States published

notice of the Order on the government's Internet forfeiture website for a period of thirty days, and the United States Marshals Service retained custody of the Seized Funds, and sent notice of the Order to all persons known to assert an interest in the Seized Funds;

WHEREAS, on May 23, 2011, as had been anticipated by the parties' Motion for Preliminary Order of Forfeiture, Fipal International Services, Ltd. ("Fipal"), filed a third-party claim to one portion of the Seized Funds, *i.e.*, $50,000.00 of the $80,835.34 seized from Bank of America Account Number 898012027733, in the name of Rosemont P Corporation;

WHEREAS, no other claims have been filed as to any of the Seized Funds, and the applicable deadlines for filing such claims have all expired;

WHEREAS, the government and Defendant agree that Fipal's claim should be allowed, and that the $50,000.00 claimed by Fipal should be returned to Fipal, through its attorney;

WHEREAS, the parties also agree that the remainder of the funds seized from Account Number 898012027733 should be returned to Defendant, through his attorney;

WHEREAS, Defendant's sentencing hearing is currently scheduled for September 12, 2011; and

WHEREAS, in light of Defendant's assent to entry of a final order of forfeiture as to him, and Fipal's assent, as sole third-party claimant, to the proposed final order of forfeiture as well, it is now appropriate for this Court to enter a Final Order of Forfeiture in this case;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1.     The United States' Assented-to Motion for Final Order of Forfeiture and Order and Returning Other Property is allowed.

2.     The following property (collectively, the "Forfeited Property") is hereby forfeited

to the United States of America pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, 28 U.S.C. §

2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure:

(1)    $107,071.76 seized from Bank of America Account Number 005561260452, in the name of Dom.Cool, Inc.;

(2)    $753.88 seized from Bank of America Account Number 898012027717, in the name of Rosemont P Corporation d/b/a Corpobox; and

(3)    $1,034.75 seized from Bank of America Account Number 898012027720, in the name of Rosemont P Corporation.

3.    All other persons, having any right, title, or interest in the Forfeited Property are

hereby held in default.

4.    The United States is hereby authorized to dispose of the Forfeited Property in

accordance with applicable law.

5.    The third-party claim of Fipal International Services, Ltd. ("Fipal") is hereby

allowed as to the following property:  $50,000.00 of the $80,835.34 seized from Bank of

America Account Number 898012027733, in the name of Rosemont P Corporation.  The United

States Marshals Service shall return that $50,000.00 to Fipal, through its attorney, Latour

Lafferty, Esq., together with any interest or other return actually earned on that $50,000.00

portion of the funds seized from Account 898012027733.

6.    The United States Marshals Service shall return to Defendant, through his

attorney, Samuel J. Rabin, Jr., Esq., the remaining $30,835.34 seized from Bank of America

Account Number 898012027733, together with any interest or other return actually earned on

that $30,835.34 portion of the funds seized from Account 898012027733.

7.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Final

Order of Forfeiture, in lieu of the previously entered Preliminary Order of Forfeiture, will be

included in this Court's oral announcement of Defendant's sentence at his sentencing hearing,

and will be incorporated, directly or by reference, in the Court's sentencing judgment.

Date: _____ 9/6/11

JOSEPH L. TAURO
United States District Judge

4